FILED

AUG 1 1 2010

RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH BRAGGS,                          )    No. C 10-0096 JSW (PR)
                                        )
        Plaintiff,                      )    **ORDER DENYING LEAVE TO**
                                        )    **PROCEED IN FORMA PAUPERIS**
    vs.                                 )
                                        )    **(Docket No. 7)**
STATE OF CALIFORNIA,                    )
                                        )
        Defendant.                      )
                                        )

    Plaintiff's complaint was dismissed without prejudice on January 22, 2010.

Therefore, Plaintiff's motion to proceed *in forma pauperis* is DENIED as moot (docket

no. 7).

    IT IS SO ORDERED.

DATED: AUG 1 1 2010

                                    Jeffrey White
                                    JEFFREY S. WHITE
                                    United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JOSEPH B. BRAGGS,

Plaintiff,

v.

/ et al,

Defendant.

Case Number: CV10-00096 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Braggs
P.O. Box 7500
J58142
Crescent City, CA 95531

Dated: August 11, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk